1   *E-filed*  8/25/06
         /s/ JH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSHUA A. GERSTEIN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>    Defendant. | No. C-03-04893  RMW<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND SETTING BRIEFING SCHEDULE<br><br>**[Re Docket Nos. 69, 72]** |

On September 30, 2005 the court issued an order granting in part and denying in part the parties' cross-motions for partial summary judgment. Following the September 30, 2005 Order the government disclosed a "compilation" of data to plaintiff pursuant to plaintiff's Freedom of Information Act ("FOIA") request. Plaintiff finds the compilation inadequate. On January 10, 2006 plaintiff filed the present motion for leave to file a motion for reconsideration of the September 30, 2005 Order. Plaintiff's motion stems from his assertion that the compilation is not an adequate response to his FOIA request in that it did not include either the ancillary survey or other records that disclose the meaning of the coded column headings in the compilation. Thus, plaintiff seeks reconsideration of the determination in the September 30, 2005 Order that the government had made an adequate search for records responsive to plaintiff's FOIA request.

1   On June 8, 2006 plaintiff filed a notice supplemental material of the recent decision, *Judicial Watch, Inc. v. Food & Drug Admin.*, 449 F.3d 141 (D.C. Cir. June 2, 2006).  The government filed a response noting, *inter alia*, that plaintiff improperly submitted argument with the notice.  To the extent the parties find that the additional authority noticed by plaintiff is applicable to the issue raised by the motion for reconsideration, such arguments may be made in the additional briefings for the motion for reconsideration.

The motion for reconsideration is granted.  The court sets the following briefing schedule:

1. The government's opposition shall be filed by September 12, 2006, including any analysis of *Judicial Watch, Inc.*;
2. Gerstein's reply shall be filed by September 26, 2006.
3. The matter will be submitted on the filing of the reply.  No further hearing shall be held, unless the court advises the parties that one is necessary.  If a hearing is necessary, it shall take place on October 20, 2006.

DATED:     8/25/06

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND SETTING BRIEFING SCHEDULE
C-03-04893-RMW
DOH                                                                 2

**Notice of this document has been mailed to:**

**Plaintiff:**

Joshua Gerstein
814 Potrero Avenue
San Francisco, CA 94110

**Counsel for Defendant:**

Claire T. Cormier
United States Attorney's Office
Northern District of California, San Jose Branch
150 Almaden Boulevard
Suite 900
San Jose, CA 95113

Elizabeth J. Shapiro; Carlton Eric Greene
United States Attorney's Office, Civil Division
U.S. Department of Justice, Federal Programs Branch
Post Office Box 883
Washington, DC 20044

Alexander Kenneth Haas
United States Department of Justice
Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530

**Dated:**                                           **Chambers of Judge Whyte**

ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND SETTING BRIEFING SCHEDULE
C-03-04893-RMW
DOH                                   3